

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| SUSAN FREEMAN, | § | No. 08-23-00002-CV |
| Appellant, | § | Appeal from the |
| v. | § | 383rd Judicial District Court |
| | § | |
| DAVID FREEMAN, | § | of El Paso County, Texas |
| | § | |
| Appellee. | § | (TC# 2011DCM05310) |
| | § | |

## **MEMORANDUM OPINION**

This appeal is before the Court on its own motion to determine whether it should be dismissed for want of prosecution. *See* TEX. R. APP. P. 42.3.

We find that Appellant has not filed an Appellant's brief. Notice of appeal was filed January 5, 2023. The clerk's record was filed April 11, 2023, and Appellant's brief was originally due on May 11, 2023. After Appellant's second motion for extension of time to file brief was granted, the Court issued an order, on June 12, 2023, extending the deadline to June 25, 2023, and warning that no further motions for extension of time would be considered by the Court.

On July 10, 2023, the Clerk of this Court sent a letter to Appellant notifying her it appeared she no longer wished to pursue this appeal, as neither an Appellant's brief nor a motion for leave to file late brief had been filed. *See* TEX. R. APP. P. 38.8. The letter indicated that the Court would submit this case for dismissal after ten days unless any party could show grounds for continuing the appeal. As of this date, Appellant has not filed an Appellant's brief nor a motion for leave to file a late brief. Accordingly, we dismiss this appeal for want of prosecution.

GINA M. PALAFOX, Justice

July 27, 2023

Before Rodriguez, C.J., Palafox, and Soto, JJ.